IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHEARER, AS TRUSTEE OF THE ESTATE OF FRANK A. AND AMY L. PAUL,<br><br>    Plaintiff,<br><br>    vs.<br><br>COCA-COLA ENTERPRISES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CA 6-796<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this _12th_ day of _Mar._ 20 _08_, the Court has been advised by counsel for the parties that the above-captioned action has been settled, leaving to be completed the payment of settlement proceeds and the submission of a stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a). Such stipulation shall be filed within sixty (60) days of today's date. If no such stipulation is filed, the Court shall dismiss the action, with prejudice, at that time. Prior to the expiration of sixty (60) days from today's date, either party may seek Court intervention if necessary.

In the interim, the clerk shall mark this matter administratively closed.

_Donetta W. Ambrose_
Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record